IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-00327-CMA-KLM

FRANKLYN A. JENKINS,

    Plaintiff,

v.

DUFFY CRANE AND HAULING, INC., a Colorado corporation,
DUFFY HOLDINGS, LLC, a Colorado Limited Liability Company, and
DUFFY CRANE, INC., a Colorado corporation,

    Defendants.

## ORDER GRANTING JOINT MOTION FOR CLARIFICATION

This Matter is before the Court on the parties' Joint Motion for Clarification (Doc. # 15).  The Court, having reviewed the Motion and being otherwise advised in the premises, hereby GRANTS the Motion and ORDERS as follows:

    1.    Defendants' Motion to Amend (Doc. # 11) is GRANTED, and Defendants' Amended Motion to Dismiss (filed as Exhibit 1 to Doc. # 11) is ACCEPTED for filing.  The Clerk's Office is DIRECTED to file Exhibit A (Doc. # 11-1), together with attached Doc. ## 11-2 through 11-10, as Defendants' Amended Motion to Dismiss;

    2.    Plaintiff's Response to Defendants' Amended Motion to Dismiss is due within 21 days of the date of this order;

3. Defendants' Reply will be due 14 days after Plaintiff files (or re-files) his Response.

4. To the extent it is reasonably necessary, the filings identified above in paragraphs 2 and 3 may exceed the page limitations established in the Court's Civil Practice Standards **by no more than 10 additional pages**.

DATED: April   08  , 2013

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge