IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00327-CMA-KLM

FRANKLYN A. JENKINS,

    Plaintiff,

v.

DUFFY CRANE AND HAULING, INC., a Colorado Corporation,
DUFFY HOLDINGS, LLC, a Colorado Limited Liability Company, and
DUFFY CRANE, INC., a Colorado Corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify Initial Disclosure Deadline** [#39][1] (the "Motion"). In the Motion, the parties request that the deadline for the parties to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) set in the Court's Order Setting Scheduling/Planning Conference [#8] be extended "until 30 days after the court rules upon the pending Motion to Reconsider." *Motion* [#39] at 1. The parties have filed four motions [##24, 28, 31, 34] requesting that the Scheduling Conference, originally set on May 21, 2013, be rescheduled. In its last Minute Order resetting the Scheduling Conference, the Court made clear that "[n]o further extensions will be granted absent extraordinary circumstances." *Minute Order* [#36] at 1. The parties do not argue that extraordinary circumstances exist here and the Court does not find that Defendants' disagreement with Section III of the Court's Order [#37] denying their Amended Motion to Dismiss [#20] constitutes extraordinary circumstances. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#39] is **DENIED**.

    Dated: January 29, 2014

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.