IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00327-CMA-KLM

FRANKLYN A. JENKINS,

    Plaintiff,

v.

DUFFY CRANE AND HAULING, INC., a Colorado Corporation,
DUFFY HOLDINGS, LLC, a Colorado Limited Liability Company, and
DUFFY CRANE, INC., a Colorado Corporation,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Partially Stipulated Motion to Amend the Case Management Order** [#62][1] (the "Motion").  In the Motion, Plaintiff states that the parties agree to modify the Scheduling Order to extend certain deadlines, but that Defendants oppose Plaintiff's request for an extension of the deadline for Joinder of Parties and Amendment of Pleadings from April 9, 2014 to October 26, 2014.  *Motion* [#62] at 2.  Plaintiff then summarizes each side's position regarding the requested extension of the deadline for Joinder of Parties and Amendment of Pleadings.  *Id*. at 2-3.

D.C.COLO.LCivR 7.1(d) states that "a motion involving a contested issue of law shall state under which rule or statute it is filed and be supported by a recitation of legal authority incorporated into the motion."  Plaintiff provides no legal authority for its opposed request for extension of the deadline for Joinder of Parties and Amendment of Pleadings.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#62] is **GRANTED in part** and **DENIED without prejudice in part** as follows.

IT IS FURTHER **ORDERED** that the Scheduling Order entered on February 24,

---

[1]  "[#62]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.

1

2014 [#51] is modified to extend the following deadlines:

- Discovery Cut-Off                                                                **November 26, 2014**
- Dispositive Motion Deadline                                            **December 15, 2014**

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for November 24, 2014 at 10:00 a.m. is **VACATED** and **RESET** to **January 21, 2014** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **January 14, 2014**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx.**

IT IS FURTHER **ORDERED** that the Motion [#62] is **DENIED without prejudice** to the extent it asks the Court to amend the Scheduling Order [#51] to extend the deadline for Joinder of Parties and Amendment of Pleadings.

Dated:  September 2, 2014