IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00327-CMA-KLM

FRANKLYN A. JENKINS,

    Plaintiff,

v.

DUFFY CRANE AND HAULING, INC., a Colorado Corporation,
DUFFY HOLDINGS, LLC, a Colorado Limited Liability Company, and
DUFFY CRANE, INC., a Colorado Corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Third Stipulated Motion to Amend the Case Management Order** [#80][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#80] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling Order entered on February 24, 2014 [#51] and amended on September 2, 2014 [#66], October 20, 2014 [#67], and November 13, 2014 [#75], is further modified to extend the following deadlines:

- Discovery Cut-Off                                                  **May 15, 2015**
- Dispositive Motion Deadline                                 **June 1, 2015**

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for March 30, 2015 at 10:00 a.m. is **VACATED** and **RESET** to **June 29, 2015** at **10:30 a.m.** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on

---

[1] "[#80]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

or before **June 22, 2015**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx.**

Dated:  January 29, 2015