IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00327-CMA-KLM

FRANKLYN A. JENKINS,

    Plaintiff,

v.

DUFFY CRANE AND HAULING, INC., a Colorado Corporation,
DUFFY HOLDINGS, LLC, a Colorado Limited Liability Company,
DUFFY CRANE, INC., a Colorado Corporation, and
IMMEDIA, INC., a Minnesota Corporation,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Amend Complaint to Correct Paragraph Numbering Error** [#130][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#130] is **GRANTED**.  Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiff's Second Amended Complaint [#130-1] is accepted for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendant shall filed a response to Plaintiff's Second Amended Complaint on or before **December 18, 2015**.  The Court sets this truncated deadline because Defendant's Answer [#129] to Plaintiff's First Amended Complaint reflects the correctly numbered paragraphs and the Court, therefore, anticipates that Defendant can quickly file an Answer to the Second Amended Complaint.

    Dated:  December 14, 2015

---

[1] "[#130]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.